UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHEL LUKAS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EVIG, LLC,<br><br>        Defendant. | Case No.: 2:23-CV-08678 (NRM) (ST)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Evig, LLC files this Corporate Disclosure Statement certifying that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.


Dated: February 7, 2024
   New York, NY

Respectfully submitted,

By:  /s/ *Deborah H. Renner*
   Deborah H. Renner
   DENTONS US LLP
   1221 Avenue of the Americas
   New York, NY 10020
   Tel.: (212) 768-6700
   Fax: (212) 768-6800
   deborah.renner@dentons.com

   Emily C. Eggmann
   DENTONS US LLP
   233 South Wacker Drive, Suite 5900
   Chicago, IL 60606-6361
   Tel: (312) 876-8000
   Fax: (312) 876-7934
   emily.eggmann@dentons.com

   *Attorneys for EVIG, LLC*